O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BERNAL, an individual, | Case No. EDCV 08-01579-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED PARCEL SERVICE CO., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: December 8, 2009

VIRGINIA A. PHILLIPS
United States District Judge